

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00552-CV

**IN THE INTEREST OF S.P.**, a Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2007CI09346
Honorable Mary Lou Alvarez, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: December 30, 2020

DISMISSED FOR WANT OF PROSECUTION

When appellant filed this appeal, she was required to pay a filing fee of $205.00. *See* TEX. GOV'T CODE ANN. §§ 51.0051, 51.207(b)(1), 51.208, 51.941(a); TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 14-9158, Aug. 28, 2015). Appellant did not pay the required filing fee when she filed the notice of appeal. The clerk of the court notified appellant of this deficiency in a letter dated November 16, 2020 and advised appellant that the filing fee was due by November 30, 2020. On December 2, 2020, when the fee remained unpaid, we ordered appellant to show cause in writing that either (1) the filing fee had been paid, or (2) she was entitled to appeal without paying the filing fee by December 14, 2020. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of

that rule may proceed without advance payment of costs). We further advised appellant that if she failed to respond satisfactorily within the time ordered, the appeal would be dismissed for failure to pay the filing fee. *See id.* R. 5, 42.3(c).

At this time, the filing fee remains unpaid. We therefore order this appeal dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(c). We further order that appellee recover his costs of this appeal, if any, from appellant.

PER CURIAM